IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| ERIK V. CHERDAK, | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. PJM-CV-09-2494 |
| BAYER HEALTHCARE PHARMACEUTICALS INC., | * | |
| | * | |
| *Defendant.* | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate and agree that all claims against defendant Bayer HealthCare Pharmaceuticals Inc. in the above-referenced matter are hereby fully DISMISSED WITH PREJUDICE, without costs to any party. Open court costs are to be paid by Defendant.

By: _____
Erik B. Cherdak
*Plaintiff pro se*

By: _____
Thomas J. Cullen, Jr. (Fed Bar # 04572)
Renée N. Sewchand (Fed. Bar # 27977)
Goodell, DeVries, Leech and Dann, LLP
One South Street, Suite 2000
Baltimore, Maryland 21202
Phone: (410) 783-4000
tjc@gdldlaw.com
*Attorney for defendant Bayer HealthCare Pharmaceuticals Inc.*

4839-6925-3382

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August, 2010, a copy of the foregoing Stipulation of Dismissal with Prejudice was served by fax and first class mail on:

Erik B. Cherdak
149 Thurgood Street
Gaithersburg, MD  20878

*Plaintiff, Pro Se*

Respectfully Submitted,

_____
Renée N. Sewchand
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
(410) 783-4040 (fax)